UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CATHOLIC LIFE INSURANCE UNION | § § | |
| Plaintiff, | § § | CASE NO. 2:20-cv-00143 |
| Vs. | § § § | |
| BRIDGETTE BALDWIN, an individual, and MOD FUNDING, INC., d/b/a WE FUND FUNERALS, a corporation | § § § § § | JURY DEMANDED |
| Defendants. | § | |

**MOTION FOR ORDER REQUIRING WITHDRAWAL OF FUNDS HELD
IN THE REGISTRY OF THE COURT AND PAYMENT TO BRIDGETTE BALDWIN**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Movant, Bridgette Baldwin, one of the two remaining parties in this matter and pursuant to Rule 67 FRCP moves this Court for its Order requiring withdrawal of all remaining funds held in the Registry of the Court in this matter and payment to her and would show the Court the following:

**1. CASE SUMMARY**

1.1    This matter began as an Interpleader action instituted by Catholic Life Insurance Union. A controversy arose over the ownership of funds the subject of an annuity on the life of Donnie Baldwin, deceased.

1.2    Because of the controversy, Catholic Life requested interpleader and deposited $25,347.31 into the registry of the Court.

1.3    Catholic Life was later awarded $2,500.00 attorney fees by the Court and dismissed from the action. The $2,500.00 attorney fee was withdrawn from the registry of the Court and paid to Catholic Life.

1

## 2. STIPULATION AND AGREEMENT OF THE REMAINING PARTIES MOD AND BALDWIN

2.1    The controversies between the remaining parties, MOD Funding, Inc. and Bridgette Baldwin have been resolved.  MOD in open court announced it would abandon claim to the funds held in the registry in this matter upon certain conditions to be performed by Bridgette Baldwin.

2.2    Baldwin has performed the conditions required. MOD and Baldwin have filed a Stipulation as to MOD's abandonment of its claims to the funds and both MOD and Baldwin have moved for dismissal of all remaining claims against each other in this matter.

2.3    Pursuant to Rule 67 FRCP and agreement of the MOD and Baldwin, Bridgette Baldwin moves the Court to issue an Order requiring the withdrawal of the remaining principal and interest held in the registry of the Court in this matter and that it be paid to Bridgette Baldwin.

## 3. PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Bridgette Baldwin prays for the Order of the Court for requiring withdrawal of the remaining funds, principal and interest, held in the registry of the Court and payment to her and for such other relief to which she may be entitled.

Respectfully submitted,

By: */s/PATRICK L. BEAM*
Patrick L. Beam
State Bar No. 01955560
Fed. Ad. No. 7939
ServicePLB@PBeamLaw.com
Matthew S. Manning
State Bar No. 24075847
Fed. Ad. No. 3504172
Matt@WCCTxLaw.com
Webb|Cason, P.C.
710 Mesquite St.
Corpus Christi, Texas 78401
(361) 887-1031 *Office*
(361) 887-0903 *Fax*
**ATTORNEYS FOR BRIDGETTE BALDWIN**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document was served in accordance with the Federal Rules of Civil Procedure on all counsel May 26, 2021.

**SERVED UPON:**

Ms. Amy Rose Oliver
State Bar No. 12257150
715 Clear Lake Rd.
Clear Lake Shores, TX 77565
***Via CM/ECF:*** *Amy@AmyRoseOliver.com*

By: */s/PATRICK L. BEAM*
Patrick L. Beam