UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CATHOLIC LIFE INSURANCE UNION, *et al*, § § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:20-CV-143 |
| § | |
| BRIDGETTE BALDWIN, *et al*, § § | |
| Defendants. § | |

## ORDER

The remaining parties in this case have filed a Stipulation of Dismissal. (D.E. 54). In this Stipulation, the parties have also stipulated that the remaining funds being held in this Court's registry be released to Bridgette Baldwin. (D.E. 54, Page 1-2). The parties have also filed a "Motion for Order Requiring Withdrawal of Funds Held in the Registry of the Court and Payment to Bridgette Baldwin." (D.E. 55). The Motion is **GRANTED**. (D.E. 55). The funds being held in this Court's registry shall be released to Bridgette Baldwin plus any accrued interest. This case is dismissed with prejudice pursuant to the parties' stipulation. This is a final judgment. The Clerk of Court is **ORDERED** to **CLOSE** this case.

ORDERED this 27th day of May, 2021.

_____
Jason B. Libby
United States Magistrate Judge

